DJ/JPL:PJC
F. #2021R00440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HUILING WU,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>I N F O R M A T I O N</u>

Cr. No. <u>23-199 (ARR)</u>
(T. 18, U.S.C., §§ 982(a)(7), 982(b)(1),
    1349 and 3551 <u>et seq.</u>; T. 21, U.S.C.,
    § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO COMMIT HEALTH CARE FRAUD</u>

1.     In or about and between October 2017 and December 2022, both dates

being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant HUILING WU, together with others, did knowingly and intentionally conspire to

execute a scheme and artifice to defraud one or more health care benefit programs, as defined in

Title 18, United States Code, Section 24(b), to wit: Medicare and Medicaid, and to obtain, by

means of one or more materially false and fraudulent pretenses, representations and promises,

money and property owned by, and under the custody and control of, Medicare and Medicaid, in

connection with the delivery of and payment for health care benefits, items and services, contrary

to Title 18, United States Code, Section 1347.

(Title 18, United States Code, Sections 1349 and 3551 <u>et seq.</u>)

<u>CRIMINAL FORFEITURE ALLEGATION</u>

2.     The United States hereby gives notice to the defendant that, upon her

conviction of the offense charged herein, the government will seek forfeiture in accordance with

2

Title 18, United States Code, Section 982(a)(7), which requires any person convicted of a federal health care offense to forfeit property, real or personal, that constitutes, or is derived directly or indirectly from, gross proceeds traceable to the commission of such offense.

       3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

     (a)     cannot be located upon the exercise of due diligence;

     (b)     has been transferred or sold to, or deposited with, a third party;

     (c)     has been placed beyond the jurisdiction of the court;

     (d)     has been substantially diminished in value; or

     (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

     (Title 18, United States Code, Sections 982(a)(7) and 982(b)(1); Title 21, United States Code, Section 853(p))

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

*By PJ Campbell, Trial Attorney*

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

F. #2021R00440

No.

---

**UNITED STATES DISTRICT COURT**

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

---

THE UNITED STATES OF AMERICA

*vs.*

HUILING WU,

Defendant.

---

**INFORMATION**

(T. 18, U.S.C., §§ 982(a)(7), 982(b)(1), 1349 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

---

*Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ day,*

*of _ _ _ _ _ _ _ _ _ _ _ _ _ A.D. 20 _ _ _ _ _*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk*

---

*Bail, $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _*

---

*Patrick J. Campbell, DOJ Trial Attorney (718) 254-6366*