AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   23-CR-199 (ARR) |
| Huiling Wu | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___5/23/23___

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Alar Gelson
_Printed name of defendant's attorney_

s/Allyne R. Ross
_____
_Judge's signature_

_____
_Judge's printed name and title_