**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.    DATE: 5/23/23    TIME:10:30
CR-23-199  ( ARR )

DEFT NAME: **Huiling Wu**                                #
    ✔ present    ___ not present    ___ cust.    X  bail

DEFENSE COUNSEL: **Alan Gerson**
    ✔ present    ___ not present    ___ CJA    x RET.    ___ LAS

**A.U.S.A.:** Patrick Campbell    CLERK: D. La Salle

Rep. *Victoria Torres-Butler*    OTHER: _____
INT:    (LANG. *Mandarin*) *Nancy Wu*

xx_  CASE CALLED.    ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx_  SWORN    ___ ARRAIGNED xx_  INFORMED OF RIGHTS
         ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___  SUPERSEDING INDICTMENT / INFORMATION FILED.
___  DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.
___  DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___  DEFT ENTERS  **GUILTY PLEA** TO CTS._____  O  F
     (Superseding) INDICTMENT/INFORMATION.
✔  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
          *ONE*    Of the ~~indictment~~ *INFORMATION.*
XX_  COURT FINDS FACTUAL BASIS FOR THE PLEA.
✔  SENTENCING SET FOR 9/19/23 @ 11:00 a.m.

___  DEFT ENTER **NOT GUILTY PLEA.**
✔  BAIL ___ SET ✔ CONTINUED FOR DEFT.
___  DEFT CONTINUED IN CUSTODY.
___  CASE ADJOURNED TO_____ FOR _____
___  JURY SELECTION SET FOR _____    ___ BY MAG.
___  TRIAL SET FOR _____
___  **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
          CODE TYPE_____    START_____    STOP_____

     _____ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea
agreement returned to A.U.S.A. _____
_____
_____
_____