

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2025

BY ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: United States v. Jane Doe
        Criminal Case No. 23-199 (ARR)

Dear Judge Ross:

    The government respectfully writes to request that the Court direct the United States Probation Department to prepare a pre-sentence investigation report for the above-referenced defendant.

              Respectfully submitted,

              JOSEPH NOCELLA, JR.
              United States Attorney
              Eastern District of New York

              LORINDA LARYEA
              Acting Chief, Fraud Section
              Criminal Division
              U.S. Department of Justice

       By: /s/Patrick J. Campbell
           Patrick J. Campbell
           Trial Attorney, Fraud Section
           Criminal Division
           U.S. Department of Justice
           (202) 262-7067

cc: Clerk of Court (ARR) (by email)
   Alan Gerson, Esq. (by email)
   Nicole Gervase (by email)