UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

      - against -                       <u>UNSEALING ORDER</u>

JANE DOE,                         Docket No. 23-CR-199

          Defendant.

– – – – – – – – – – – – – – – – – – – – – – – X

Upon the application of Joseph Nocella, Jr., United States Attorney for the Eastern District of New York, by Trial Attorney Patrick J. Campbell, for an order unsealing Docket Entries 1-2, 4-19, 23-25, and 45, as well as the unnumbered docket entries dated December 8, 2022, and December 3, 2025, in the above-captioned matter, and for an order substituting the defendant's true name for "Jane Doe" on the docket sheet in the above-captioned matter,

It is hereby ORDERED that 1-2, 4-19, 23-25, and 45, as well as the unnumbered docket entries dated December 8, 2022, and December 3, 2025, in the above-captioned matter be unsealed, with the remaining docket entries and the attached sealing cover sheets of the above-referenced docket entries to remain sealed until further order of the Court; and

It is hereby ORDERED that the defendant's true name, Huiling Wu, be substituted for "Jane Doe" on the docket sheet in the above-captioned matter.

Dated:      Brooklyn, New York
                     March 31      , 2026


/s/ Peggy Cross-Goldenberg
_____
THE HONORABLE PEGGY CROSS-GOLDENBERG
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK