# Konta, Georges, and Buza, P.C.

233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

April 7, 2026

**VIA ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **United States v. Huiling Wu,**
**23 Cr. 199**

Dear Judge Gujarati:

I was originally appointed pursuant to the Criminal Justice Act to represent Ms. Wu on December 8, 2022, when she was originally presented in Magistrate's Court. Ms. Wu hired private counsel and thus replaced me within days of my appointment. I noticed in the last several days that I was still receiving ECF notifications in this matter even though I have not been the counsel of record since December 2022. I also noticed that PACER does not formally have me listed as "terminated" from the proceeding. I accordingly and requesting an order from the Court terminating my representation in this matter so I can cease getting ECF notifications.

Sincerely,

/s/

_____
John P. Buza