**ALAN GERSON, ESQ.**
**445 Central Avenue**
**Suite 208**
**Cedarhurst, NY 11516**
**(516) 612-3272**
**(516) 612-3273 (Fax)**

April 10, 2026

United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, NY 11201

Judge Diane Gujarati

Re.: Huiling Wu
Case #: 1:23-cr-00199-DG-PCG

Dear Judge Gujarati:

I am making this request for an extension to prepare and submit a Sentencing Memorandum by March 27, 2026. I was unable to do so as I was awaiting the Sentencing Memorandum of the Government to be submitted. Said Memorandum was only submitted on April 1, 2026. I was unable to respond to the Court Order filed April 6, 2026 as I was away for the Passover Holiday and did not have access to a proper computer system nor the new Pacer protocols. It is respectfully requested that the Court extend by time to submit a Sentencing Memorandum until April 24, 2026.

Thank you for your assistance in this matter.

Very truly yours,

Alan Gerson